# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00139-CV

**Luminant Energy Company, LLC, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

### DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS, PROJECT NO. 51812

## M E M O R A N D U M   O P I N I O N

Appellant Luminant Energy Company, LLC, has filed an unopposed motion to dismiss its appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed on Appellant's Motion

Filed: August 4, 2021